UNITED STATES DISTRICT COURT - DISTRICT OF COLUMBIA

| Donald F. McGahn, Petitioner |
|---|
| Donald F. McGahn, Petitioner |
| -against- |
| Arlene Delgado, Respondent |
| Arlene Delgado, Respondent |

1:24     mc     00038 JMC

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Delgado, Arlene
Name (Last, First, MI)

☑ Petitioner
☐

| 1065 SW 8 St #609 | Miami | FL | 33130 |
|---|---|---|---|
| Address | City | State | Zip Code |

(786) 349-3186
Telephone Number

adelgado@post.harvard.edu
e-mail address

04/18/2024
Date

*[signature]*
Signature

**RECEIVED**
APR 29 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia